BEFORE THE
COMMONWEALTH OF PENNSYLVANIA
LACKAWANNA COUNTY
45TH JUDICIAL DISTRICT
COURT OF COMMON PLEAS

| | |
|---|---|
| Heath Goldstein | : |
|     Plaintiff | : |
| .vs | : |
| Zachery Berman | : |
|     And | : |
| United States of America | : |
| Department of Transportation | : |
| Federal Aviation Administration | :     2017-CV- 5342 |
|     And | : |
| Peter J Smith | : |
|     And | : |
| Bruce Brandler | : |
|     And | : |
| J. Justin Blewitt, Jr. | :     Civil Division     Civil Action Law |
|     And | : |
| United States of America | : |
| Department of Justice | : |
| District Attorney | : |
|     And | : |
| Donald J Trump | : |
|     And | : |
| United States of America | : |
| District Court | : |
| Pennsylvania Middle District | : |
|     Defendant | : |

### *NOTICE TO DEFEND*

TO:    Peter J Smith
        US District Attorney
        PO Box 309
        Scranton, Pa. 18501-0309

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED, BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY AN ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES AND/OR OBJECTIONS TO THE CLAIMS SET FOURTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM AND/OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY AND/OR PROPERTY AND/OR OTHER RIGHTS IMPORTANT TO YOU.

Exhibit A

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE

Northern Pennsylvania Legal Services
507 Linden Street
Scranton Electric Building, Room 300
Scranton, Pa. 18503
(570) 342-0184

Pennsylvania Lawyer Referral Services
Lackawanna County Bar Association
338 North Washington Avenue, 3rd Floor
Scranton, Pa. 18503
(570) 969-9161

Respectfully Submitted,

Heath Goldstein
Plaintiff, Pro-Se

BEFORE THE
COMMONWEALTH OF PENNSYLVANIA
LACKAWANNA COUNTY
45TH JUDICIAL DISTRICT
COURT OF COMMON PLEAS

| | | |
|---|---|---|
| Heath Goldstein | : | |
|     Plaintiff | : | |
| .vs | : | |
| Zachery Berman | : | |
|     And | : | |
| United States of America | : | |
| Department of Transportation | : | |
| Federal Aviation Administration | : | 2017-CV- |
|     And | : | |
| Peter J Smith | : | |
|     And | : | |
| Bruce Brandler | : | |
|     And | : | |
| J. Justin Blewitt, Jr. | : | Civil Division     Civil Action Law |
|     And | : | |
| United States of America | : | |
| Department of Justice | : | |
| District Attorney | : | |
|     And | : | |
| Donald J Trump | : | |
|     And | : | |
| United States of America | : | |
| District Court | : | |
| Pennsylvania Middle District | : | |
|     Defendant | : | |

## COMPLAINT

**COMES NOW**, Plaintiff, Heath Goldstein by and through himself proceeding Pro-Se files this Civil Action Complaint and complaints as follows:

1. At all times relevant, Plaintiff, Heath Goldstein is a competent individual and is a resident of this Country, this Commonwealth, this County, the Township of South Abington and the Village of Chinchilla

2. At all times relevant it is to be believed that Defendant Zachery Berhman (hereinafter "Berman") is a competent individual and is a resident of this Country.

3. At all times relevant, it is to be believed that Defendant United States of America, Department of Transportation, Federal Aviation (hereinafter "FAA") is an executive branch agency of the US Federal Government

4. At all times relevant, it is to be believed that Defendant Peter J Smith (Hereinafter "Smith") is a competent individual and is a resident of the Country and this Commonwealth.

5. At all times relevant, it is to be believed that Defendant J. Justin Blewitt (Hereinafter "Blewitt") is a competent individual and is a resident of this Country, this Commonwealth and this County.

6. At all times relevant, it is to be believed that Defendant United States of America, Department of Justice, District Attorney (hereinafter "DA") is an executive branch agency of the US Federal Government

7. At all times relevant, it is to be believed that Donald J Trump(Hereinafter "Trump") is a competent individual and is a resident of this Country.

8. At all times relevant it is to be believed that the United States of America, District Court, Pennsylvania Middle District is an Court System within the Judicial Branch of the US Federal Government

9. Plaintiff has a licensed issued by Defendant FAA of a private pilot with a rating of single engine land and instrument airplane

10. Plaintiff went to a Designated Pilot Examiner, Mark George (hereinafter "DPE"), who was certified and qualified by the Defendant FAA and successfully passed for an additional rating of Instrument Airplane.

11. In 2015 the Defendant FAA revoked DPE certifications and qualifications and determined the exam plaintiff took was deemed invalid

12. In 2015, the defendant FAA is requiring plaintiff to retest such exam of instrument, without sufficient proof that Plaintiff was given a through exam pursuant to USC ss 7709.

13. Defendants have also violated the 'Pilot's Bill of Rights' against plaintiff in determining his qualifications

14. Plaintiff has incurred additional out of pocket costs, as a result of action by defendant FAA, costs that is and are unnecessary as a result of this action

15. Plaintiff is seeking five thousand dollars and no cents ($5,000.00) for out of pocket costs and future costs that will be incurred for training and additional instruction, plus costs and any other relief as just

**WHEREFORE,** Plaintiff, respectfully request that complaint be sustained and that judgment be issued in its favor and against Defendants all jointly and severely.

Exhibit A

## VERIFICATION

I, hereby state that the fact stated in the foregoing are true and correct to my best of my knowledge and believe and that this statement is made pursuant to Pa. CS ss 4904

## CERTIFICATION OF SERVICE

I hereby certify that I have caused to be served a true and correct copy to the following:

Zachery Berman
FAA
1 Aviation Plaza
Jamaica, NY 11434
(Defendant)

US Dept of Transportation
FAA
800 Independence Ave, SW
Washington, DC 20591
(Defendant)

Peter J Smith
US District Attorney
PO Box 309
Scranton, Pa. 18501-0309
(Defendant)

J. Justin Blewitt, Jr.
US Ass't District Attorney
PO Box 309
Scranton, Pa. 18501-0309
(Defendant)

US Dept of Justice
Office District Attorney
P.O. Box 309
Scranton, Pa. 18501-0309

Donald J Trump
White House
1600 Pennsylvania Ave, NW
Washington, DC 20500

US District Court
Pa Middle District
P.O. Box 1148
Scranton, Pa. 18501-1148

Respectfully Submitted,

Heath Goldstein
83 Abington Gardens Drive
South Abington Township, Pa. 18411-9364

Plaintiff, Pro-Se

Exhibit A