**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HEATH GOLDSTEIN, | |
|    Plaintiff, | NO. 3:17-CV-2026 |
| v. | (JUDGE CAPUTO) |
| ZACHERY BERMAN, U.S. DEPARTMENT OF TRANSPORTATION FEDERAL AVIATION ADMINISTRATION, et al., | |
|    Defendants. | |

## **ORDER**

**NOW**, this 4th day of May, 2018, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 4) is **GRANTED**. Goldstein's Complaint is dismissed for lack of federal subject matter jurisdiction.

 

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge